IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANTHONY R. VENUTO**                                                                  **PLAINTIFF**

v.                                                     CAUSE NO. 1:13CV198-LG-JCG

**JACKSON COUNTY, MISSISSIPPI, ET AL.**                           **DEFENDANTS**

FINAL JUDGMENT

Having disposed of all dispositive matters pending before this Court, Final Judgment is hereby entered in favor of remaining Defendants Jackson County, Mississippi, Sheriff Mike Byrd, and Officer Donnie Moore, and against Plaintiff Anthony R. Venuto.

**SO ORDERED AND ADJUDGED** this the 11th day of November, 2015.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE